IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EAZYPOWER CORPORATION an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 04 C 6372 |
| JORE CORPORATION, a Montana corporation, | ) ) ) ) | |
| Defendant. | ) ) | Judge Zagel Magistrate Judge Levin |

## NOTICE OF MOTION

TO:  James W. Anable                    Scott M. Gettleson
     John D. Denkenberger                Julie P. Setren
     Gregory F. Wesner                   Katten Muchin Zavis Rosenman
     Christensen O'Connor Johnson Kindness   525 West Monroe Street
     1420 Fifth Avenue, Suite 2800       Chicago, Illinois 60661-3693
     Seattle, Washington 98101-2347

    **PLEASE TAKE NOTICE** that on Tuesday, August 9, 2005 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel or any judge sitting in his stead, in Room 2503, at 219 S. Dearborn St., Chicago, Illinois, and then and there present **Eazypower Corporation's Motion for Leave to File Its Answer to Jore Corporation's Restated Counterclaims,** *Instanter*, a true and correct copy of which is attached, and at which time and place you may appear as you see fit.

Frederic A. Mendelsohn (ARDC No. 6193281)
Stephen C. Voris (ARDC No. 3125573)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Tel: 312-840-7000
Fax: 312-840-7900

## CERTIFICATE OF SERVICE

    Frederic A. Mendelsoh, one of the attorneys for plaintiff, Eazypower Corporation, hereby certifies that he caused a true and correct copy of **Eazypower Corporation's Motion for Leave to File Its Answer to Jore Corporation's Restated Counterclaims,** *Instanter* to be served on the above-identified by electronic service on August 3, 2005.

_____
Frederic A. Mendelsohn