IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EAZYPOWER CORPORATION, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JORE CORPORATION, a Montana corporation<br><br>    Defendant. | Case No. 1:04-cv-06372<br><br>Judge James B. Zagel<br><br>Magistrate Judge Levin |

## STIPULATED MOTION TO RESET STATUS HEARING

Plaintiff, Easypower Corporation and Defendant Jore Corporation, by and through their respective attorneys, request this Honorable Court to reset the status hearing date of June 8, 2007 to June 21, 2007. In support of this request, it is submitted that:

1. Plaintiff has just recently retained Jody L. Factor, Micheal D. Lake, and the law firm of Factor & Lake, Ltd. in Chicago, Illinois to represent them in this cause.

2. Attorneys Jody L. Factor and Micheal D. Lake are on trial in the case *Produits Berger S.A. and Lampe Berger USA, Inc. v. David M. Schemenauer and The Marshall Group, Inc.*, Case No. 06 C 002 which is scheduled to start in Tyler, Texas on June 5, 2007. The trial is expected to last into the week of June 11, 2007.

3. Counsel for both parties will work together toward submitting a revised scheduling order for presentment at the proposed reset status conference on June 21, 2007.

4. This motion is not made for the purposes of delay.

WHEREFORE, the parties respectfully request this Honorable Court reset the status hearing of June 8, 2007 to June 21, 2007.

Dated: May 31, 2007

Respectfully submitted,

By: _____
   Jody L. Factor (IL Bar No. 6198261)
   Michael D. Lake (IL Bar No. 6197755)
   FACTOR & LAKE, LTD.
   1327 W. Washington Blvd., Suite 5G/H
   Chicago, Illinois 60607
   Telephone: (312) 226-1818
   Facsimile: (312) 226-1919
   jfactor@factor-lake.com
   mlake@factor-lake.com

   *ATTORNEYS FOR PLAINTIFF,*
   *EAZYPOWER CORPORATION*

By: _____
   James W. Anable
   Gregory F. Wesner
   John D. Denkenberger
   Christensen O'Connor Johnson
   Kindness PLLC
   1420 Fifth Avenue, Suite 2800
   Seattle, Washington 98101
   Telephone: (206) 682-8100
   Facsimile:
   jim.anable@cojk.com
   wesnerg@cojk.com
   John.denkenberger@cojk.com

   *ATTORNEYS FOR DEFENDANT,*
   *JORE CORPORATION*