IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EAZYPOWER CORPORATION, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:04-cv-06372 |
| v. | ) ) | Judge James B. Zagel |
| JORE CORPORATION, a Montana corporation | ) ) ) | Magistrate Judge Levin |
| Defendant. | ) ) ) | |

### NOTICE OF MOTION

TO:   James W. Anable                          Scott Michael Gettleson
      Gregory F. Wesner                        Michael Adam Dorfman
      John D. Denkenberger                     Katten Muchin Rosenman LLP
      Christensen O'Conner Johnson             525 West Monroe Street, Suite 1600
      Kindness PLLC                            Chicago, IL 60661
      1420 Fifth Avenue, Suite 2800
      Seattle, WA 98101

PLEASE TAKE NOTICE that on June 7, 2007, at 10:15 a.m. or as soon thereafter as counsel may be heard, Plaintiff, by and through their attorneys of record, shall appear before the Honorable Judge James B. Zagel, in the courtroom occupied by him or any other Judge sitting in his stead at the United States District Court for the Northern District of Illinois, 219 Dearborn Street, Chicago, IL 60602, and then and there present the attached STIPULATED MOTION TO RESET STATUS HEARING.

Dated: June 1, 2007                            Respectfully submitted,

                                                 s/ Jody L. Factor
                                               Jody L. Factor  (IL Bar No. 6198261)
                                               Michael D. Lake  (IL Bar No. 6197755)
                                               FACTOR & LAKE, LTD.
                                               1327 W. Washington Blvd., Suite 5G/H
                                               Chicago, Illinois 60607
                                               Telephone:  (312) 226-1818
                                               Facsimile:  (312) 226-1919
                                               Email: jfactor@factor-lake.com
                                                      mlake@factor-lake.com

psmith@factor-lake.com

*ATTORNEYS FOR PLAINTIFF,
EAZYPOWER CORPORATION*

**CERTIFICATE OF SERVICE**

I, Jody L. Factor, hereby certify that on this 1st day of June 2007, I electronically filed the foregoing document, entitled **NOTICE OF MOTION** with the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Counsel for Defendant</u>
Scott Michael Gettleson (Scott.Gettleson@kattenlaw.com)
Michael Adam Dorfman (Michael.Dorman@kattenlaw.com)
Katten Muchin Rosenman LLP
525 West Monroe Street, Suite 1600
Chicago, IL 60661

Gregory F. Wesner (wesnerg@cojk.com)
James W. Anable (jim.anabel @cojk.com)
John D. Denkenberger (John.denkenberger@cojk.com)
Christensen O'Conner Johnson Kindness PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101

 s/ Jody L. Factor
Jody L. Factor  (IL Bar No. 6198261)
FACTOR & LAKE, LTD.
1327 W. Washington Blvd., Suite 5G/H
Chicago, Illinois 60607
Telephone:  (312) 226-1818
Facsimile:  (312) 226-1919
jfactor@factor-lake.com